

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
12/02/2014

IN RE:  
JCR Crane, Inc.

CASE NO. 10–39569  
CHAPTER 7

Debtor(s)

## ORDER TO DEPOSIT FUNDS INTO THE COURT REGISRY

The following motion is GRANTED:

*119* – Application to Deposit Unclaimed Funds Filed by Trustee Rodney D Tow (Attachments: # 1 Exhibit A # 2 Proposed Order) (Tow, Rodney)

These unclaimed funds may be deposited into the Registry of the Court:

Amount: $ 373.07  
Owed to: Commercial Equipment Least

Signed and Entered on Docket: 12/2/14.

by: <u>Kristy Love</u>  
Deputy Clerk

This Order is signed for the Court by the Clerk under authority of 28 U.S.C. § 956 and General Order No. 2000–3.